# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN M. DAVIES,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEHIGH VALLEY HEALTH NETWORK,<br>　　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO. 23-134 |

## O R D E R

**AND NOW**, this 17th day of September, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 24) and Rule 41(b) Motion to Dismiss (ECF No. 31), it is hereby determined that the Motion for Summary Judgment is **GRANTED**. Defendant's Rule 41(b) Motion to Dismiss is **DENIED** as **MOOT**. **THE ACTION IS DISMISSED WITH PREJUDICE.** The Clerk of the Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.